**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD THOMAS MILIN,<br><br>            Plaintiff,<br><br>      vs.<br><br>GREENPOINT MORTGAGE<br>FUNDING, INC., a California<br>Corporation; CAPITAL ONE<br>FINANCIAL CORPORATION;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., a<br>Delaware corporation,<br><br>            Defendants.<br>_____ | Case No.: CV 09-364 DSF (JCx)<br>            CV 09-553 DSF (JCx)<br><br>JUDGMENT |

        The Court orders that the case be dismissed with prejudice by consent of

Plaintiff as evidenced by lack of opposition to the motions to dismiss.

        9/4/09

Dated: _____          _____

                                            Dale S. Fischer
                                            United States District Judge